# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 1:09-CR-424 OWW
)
KEVIN RAY AYLER )

**FILED NOV 23 2009 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK**

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum ( ) Ad Testificandum.
Name of Detainee: ____KEVIN RAY AYLER____
Detained at (custodian): __WASCO STATE PRISON__

Detainee is: a.) (X) charged in this district by:
(X Indictment) ( ) Information ( ) Complaint

Charging Detainee With: **18 U.S.C. § 911(g)(1)-Felon In Possession of a Firearm**

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X) return to the custody of detaining facility upon termination of proceedings
or b.) ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on _____

Signature: __Kevin P. Rooney for Kimberly A. Sanchez__
Printed Name & Phone No.: __Kimberly A. Sanchez/559-497-4000__
Attorney of Record for: __United States__

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

__11/23/09__
Date _____ United States District/Magistrate Judge

Please provide the following, if known:

| Field | Value | | Field | Value |
|---|---|---|---|---|
| AKA(s) (if applicable): | | | Male x Female ☐ | |
| Booking or Fed. Reg. #: | V71348 | | DOB: | |
| Facility Address: | Wasco State Prison | | Race: | |
| | 701 Scofield Avenue; Wasco, CA 93280 | | FBI #: | |
| Facility Phone: | 661/ 758-8400 | | | |
| Release Date: | 05/10/10 | | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
(Signature)

C:\WINDOWS\Temp\notes101AA1\ayler writ.wpd
Form Crim-48
Revised 11/19/97